**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
American European Insurance Co.,

                            Plaintiff,

   -against-

Congregation Horei Besomim Stre and David Geldzahler,

                          Defendants.
-----------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

23-CV-2443 (RER) (LKE)

**RAMÓN E. REYES, JR., District Judge:**

      In a report and recommendation dated December 16, 2025, (ECF No. 26 (the "R&R")), Magistrate Judge Lara K. Eshkenazi recommended that the Court "enter a judgment in favor of Plaintiff AEIC, declaring that AEIC has no duty to defend or indemnify Defendants the Congregation or Geldzahler in the Underlying Action." (*Id.*) Judge Eshkenazi advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice.

//

//

//

The Clerk of Court is directed to enter judgment in favor of Plaintiff and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: January 8, 2026
　　　　Brooklyn, New York